UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIZENS INSURANCE COMPANY
OF THE MIDWEST,

            Hon. Paul L. Maloney

 Plaintiff,        Case No. 1:24-cv-152

vs.

Jamie Yancey, et al.,

 Defendants.

_____

Erik Duenas (P57434)
Conlin, McKenney & Philbrick, P.C.
Attorneys for Plaintiff
350 South Main Street, Suite 400
Ann Arbor, MI 48104
(734) 761-9000
 duenas@cmplaw.com
_____

## **DEFAULT JUDGMENT**

The Defendants, having failed to appear, plead, or otherwise defend in this action, and default having been entered on April 15, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of Plaintiff Citizens Insurance Company of the Midwest against Defendants Jamie Yancey and Sharde Evans as follows:

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's request for declaratory relief against Defendants Jamie Yancey and Sharde Evans is granted.

IT IS SO ORDERED

Date:   May 15, 2024                    /s/ Paul L. Maloney
                                        Hon. Paul L. Maloney
                                        United States District Judge